521 A.2d 929

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Joseph C. BRUNER, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 1986.

Decided March 10, 1987.

Marilyn C. Zilli, James R. Rusato, Harrisburg, for appellant.

Richard A. Lewis, Dist. Atty., Yvonne A. Okonieski, Deputy Dist. Atty., Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.